Abel Acosta
Clerk, Court of Criminal Appeals
P.O. Box 12308,Capitol Station
Austin, TX  78711

March 15, 2015

RE: PD-1726-13, COA#13-13-00017-CR, Trial Cause #12-CR-0909-B

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

Dear Mr. Acosta:

I am writing to inquire about the status of my Petition for Discretionary Review. Would you please be so kind as to mail me information as to when the Petition will be,or was,addressed.

Thank you for your time and attention to this matter.

Sincerely,

ROBERTO PEREZ #1827524
Eastham Unit
2665 Prison RD.1
Lovelady, TX 75851